ADR,APPEAL

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CIVIL DOCKET FOR CASE #: 4:24−cv−00213−P

| | |
|---|---|
| Chamber of Commerce of the United States of America et al v. Consumer Financial Protection Bureau et al<br>Assigned to: Judge Mark Pittman<br>Case in other court:  United States Court of Appeals 5th Circuit, 24−10248<br>Cause: 05:551 Administrative Procedure Act | Date Filed: 03/07/2024<br>Jury Demand: None<br>Nature of Suit: 899 Other Statutes: Administrative Procedure Act/Review or Appeal of Agency Decision<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **Chamber of Commerce of the United States of America** | represented by | **Jennifer B Dickey**<br>US Chamber Litigation Center<br>1615 H Street NW<br>Washington, DC 20062−0001<br>202−313−8543<br>Email: jdickey@uschamber.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |
| | | **Maria C Monaghan**<br>US Chamber Litigation Center<br>1615 H Street NW<br>Washington, DC 20062<br>202−680−3592<br>Email: mmonaghan@uschamber.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |
| | | **Michael Murray**<br>Paul Hastings LLP<br>2050 M Street NW<br>Washington, DC 20036<br>202−551−1730<br>Email: michaelmurray@paulhastings.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |
| | | **Philip A Vickers**<br>Cantey Hanger LLP<br>Cantey Hanger Plaza<br>600 West 6th St Suite 300<br>Fort Worth, TX 76102−3685<br>817/877−2849<br>Fax: 817/877−2807<br>Email: pvickers@canteyhanger.com<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Timothy Derek Carson**
Cantey Hanger LLP
600 W 6th Street, Suite 300
Fort Worth, TX 76102
817−877−2850
Fax: 817−877−2807
Email: dcarson@canteyhanger.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Tor Tarantola**
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036
202−551−1843
Email: tortarantola@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Fort Worth Chamber of Commerce**                 represented by   **Michael Murray**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Philip A Vickers**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Tor Tarantola**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Timothy Derek Carson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

**Longview Chamber of Commerce**                 represented by   **Michael Murray**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Philip A Vickers**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Timothy Derek Carson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Tor Tarantola**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**American Bankers Association**     represented by   **Thomas J Pinder**
American Bankers Association
1333 New Hampshire Avenue NW
Suite 700
Washington, DC 20036
202−663−5028
Email: tpinder@aba.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Andrew Raymond Doersam**
1333 New Hampshire Ave NW
Washington, DC 20036
202−663−5035
Email: adoersam@aba.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Michael Murray**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Philip A Vickers**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

**Consumer Bankers Association**    represented by   **Michael Murray**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

        **Philip A Vickers**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

        **Timothy Derek Carson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

        **Tor Tarantola**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Texas Association of Business**   represented by   **Michael Murray**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

        **Philip A Vickers**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

        **Timothy Derek Carson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

        **Tor Tarantola**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

V.

**Defendant**

**Consumer Financial Protection Bureau**   represented by   **Stephanie Garlock**
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
202−435−7201
Email: stephanie.garlock@cfpb.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

|  |  |
|---|---|
|  | **Justin Michael Sandberg**<br>Consumer Financial Protection Bureau<br>Cfpb<br>1700 G. St. NW<br>Washington, DC 20552<br>202–450–8786<br>Email: justin.sandberg@cfpb.gov<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |

**Defendant**

| | | |
|---|---|---|
| **Rohit Chopra**<br>*in his official capacity as Director of the*<br>*Consumer Financial Protection Bureau* | represented by | **Stephanie Garlock**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |
| | | **Justin Michael Sandberg**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |

V.

**Movant**

| | | |
|---|---|---|
| **Bank Policy Institute**<br>*Party and attorney are active (attorney has*<br>*been terminated to restrict access to sealed*<br>*filings.)* | represented by | **Bradley G Hubbard**<br>Gibson Dunn & Crutcher LLP<br>2001 Ross Avenue<br>Suite 2100<br>Dallas, TX 75201<br>214–698–3326<br>Fax: 214–571–2954<br>Email: bhubbard@gibsondunn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |
| | | **Eugene Scalia**<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Ave., N.W.<br>Washington, DC 20036<br>202–955–8500<br>Fax: 202–467–0539<br>Email: EScalia@gibsondunn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |
| | | **Jacob T. Spencer** |

|  |  |
|---|---|
|  | Gibson, Dunn & Crutcher LLP |
|  | Gibson, Dunn & Crutcher LLP |
|  | 1050 Connecticut Ave. NW |
|  | Washington |
|  | Washington, DC 20036 |
|  | 617−921−2105 |
|  | Email: JSpencer@gibsondunn.com |
|  | *LEAD ATTORNEY* |
|  | *ATTORNEY TO BE NOTICED* |
|  | *Bar Status: Not Admitted* |

**Zachary Faircloth**
Gibson Dunn & Crutcher
Texas
2001 Ross Ave, Ste 2100
Dallas, TX 75201
214−698−3173
Email: zfaircloth@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Mediator**

**ADR Provider**  represented by  **David Lattimore Evans**
David L. Evans
P.O. Box 100422
Fort Worth, TX 76185−0422
817−307−9970
Email: evansdavidl@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2024 | Ï 1 | COMPLAINT against Rohit Chopra, Consumer Financial Protection Bureau filed by Longview Chamber of Commerce, Texas Association of Business, Fort Worth Chamber of Commerce, Chamber of Commerce of the United States of America, American Bankers Association, Consumer Bankers Association. (Filing fee $405; Receipt number ATXNDC−14448397) Clerk to issue summonses for federal and non−federal defendants. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Cover Sheet) (Carson, Timothy) (Entered: 03/07/2024) |
| 03/07/2024 | Ï 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business. (Clerk QC note: No affiliate entered in ECF). (Carson, Timothy) (Entered: |

| | | |
|---|---|---|
| | | 03/07/2024) |
| 03/07/2024 | 3 | MOTION for Injunction *(Preliminary Injunction)* filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business (Carson, Timothy) (Entered: 03/07/2024) |
| 03/07/2024 | 4 | Brief/Memorandum in Support filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business re 3 MOTION for Injunction *(Preliminary Injunction)* (Carson, Timothy) (Entered: 03/07/2024) |
| 03/07/2024 | 5 | Appendix in Support filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business re 3 MOTION for Injunction *(Preliminary Injunction)* (Carson, Timothy) (Entered: 03/07/2024) |
| 03/07/2024 | 6 | Emergency MOTION to Expedite *Briefing Schedule on Motion for Preliminary Injunction* filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business (Carson, Timothy) (Entered: 03/07/2024) |
| 03/07/2024 | 7 | New Case Notes: A filing fee has been paid. File to: Judge Means. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. (bdb) (Entered: 03/07/2024) |
| 03/07/2024 | 8 | Summons issued as to Rohit Chopra, Consumer Financial Protection Bureau, U.S. Attorney, and U.S. Attorney General. (bdb) (Entered: 03/07/2024) |
| 03/07/2024 | 9 | ORDER FOR REASSIGNMENT: The undersigned judge, having taken senior status, desires to have this case re−assigned to an active−status judge. The clerk of the Court is therefore DIRECTED to re−assign this case by random draw to another judge. Case reassigned to Judge Reed C. O'Connor for all further proceedings. Senior Judge Terry R Means no longer assigned to case. (Ordered by Senior Judge Terry R Means on 3/7/2024) (saw) (Entered: 03/07/2024) |
| 03/07/2024 | 10 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Jennifer Dickey (Filing fee $100; Receipt number ATXNDC−14449918) filed by Chamber of Commerce of the United States of America (Carson, Timothy) (Entered: 03/07/2024) |
| 03/07/2024 | 11 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Maria Monaghan (Filing fee $100; Receipt number ATXNDC−14450068) filed by Chamber of Commerce of the United States of America (Carson, Timothy) (Entered: 03/07/2024) |
| 03/07/2024 | 12 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Thomas Pinder (Filing fee $100; Receipt number ATXNDC−14450075) filed by American Bankers Association (Carson, Timothy) (Entered: 03/07/2024) |
| 03/07/2024 | 13 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Andrew Doersam (Filing fee $100; Receipt number ATXNDC−14450098) filed by American Bankers Association (Carson, Timothy) (Entered: 03/07/2024) |
| 03/07/2024 | 14 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number BTXNDC−14450225) filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business (Attachments: # 1 Additional Page(s))Attorney Michael Murray added to party American Bankers Association(pty:pla) (Murray, Michael) (Entered: 03/07/2024) |

| | | |
|---|---|---|
| 03/08/2024 | 15 | ORDER: Before the Court are Plaintiffs' Motion for Preliminary Injunction (ECF No. 3 ) and Plaintiffs' Emergency Motion for Expedited Briefing (ECF No. 6 ). The Court finds good cause to expedite the briefing schedule on the requested preliminary injunction. The Court ORDERS Defendants to file a response by March 12, 2024. Plaintiffs may file a reply by March 14, 2024. The Court further ORDERS Plaintiffs to immediately deliver a copy of this Order to Defendants and file a notice on the docket by March 8, 2024 confirming delivery was made. (Ordered by Judge Reed C. O'Connor on 3/8/2024) (saw) (Entered: 03/08/2024) |
| 03/08/2024 | 16 | NOTICE of *Delivery of Order* re: 15 Order Setting Deadline/Hearing,, filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business (Vickers, Philip) (Entered: 03/08/2024) |
| 03/09/2024 | 17 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Tor Tarantola (Filing fee $100; Receipt number ATXNDC–14453352) filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business (Carson, Timothy) (Entered: 03/09/2024) |
| 03/12/2024 | 18 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Clerk Note: Filer states no fee is to be collected due to prior payment or waiver by MO 16 or prior order.) filed by Rohit Chopra, Consumer Financial Protection Bureau (Attachments: # 1 Proposed Order) (Garlock, Stephanie) (Entered: 03/12/2024) |
| 03/12/2024 | 19 | MOTION for Waiver of the Local Counsel Requirement filed by Rohit Chopra, Consumer Financial Protection Bureau (Attachments: # 1 Proposed Order) (Garlock, Stephanie) (Entered: 03/12/2024) |
| 03/12/2024 | 20 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Rohit Chopra, Consumer Financial Protection Bureau. (Clerk QC note: No affiliate entered in ECF). (Garlock, Stephanie) (Entered: 03/12/2024) |
| 03/12/2024 | 21 | MOTION for Leave to File Amicus Curiae in Support of Plaintiffs' Motion for Preliminary Injunction filed by Bank Policy Institute (Attachments: # 1 Brief Amicus Curiae, # 2 Proposed Order). Party Bank Policy Institute added. (Hubbard, Bradley) (Entered: 03/12/2024) |
| 03/12/2024 | 22 | RESPONSE filed by Rohit Chopra, Consumer Financial Protection Bureau re: 3 MOTION for Injunction *(Preliminary Injunction)* (Garlock, Stephanie) (Entered: 03/12/2024) |
| 03/12/2024 | 23 | Brief/Memorandum in Support filed by Rohit Chopra, Consumer Financial Protection Bureau re 22 Response/Objection *to Motion for Preliminary Injunction* (Garlock, Stephanie) (Entered: 03/12/2024) |
| 03/13/2024 | 24 | ELECTRONIC ORDER granting 10 Application for Admission Pro Hac Vice of Jennifer Dickey. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 3/13/2024) (chmb) (Entered: 03/13/2024) |
| 03/13/2024 | 25 | ELECTRONIC ORDER granting 17 Application for Admission Pro Hac Vice of Tor Tarantola. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 3/13/2024) (chmb) (Entered: 03/13/2024) |
| 03/13/2024 | 26 | ELECTRONIC ORDER granting 18 Application for Admission Pro Hac Vice of Stephanie Garlock. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 3/13/2024) (chmb) (Entered: 03/13/2024) |

| | | |
|---|---|---|
| 03/13/2024 | 27 | ELECTRONIC ORDER granting 11 Application for Admission Pro Hac Vice of Maria Monaghan. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 3/13/2024) (chmb) (Entered: 03/13/2024) |
| 03/13/2024 | 28 | ELECTRONIC ORDER granting 12 Application for Admission Pro Hac Vice of Thomas Pinder. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 3/13/2024) (chmb) (Entered: 03/13/2024) |
| 03/13/2024 | 29 | ELECTRONIC ORDER granting 13 Application for Admission Pro Hac Vice of Andrew Doersam. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 3/13/2024) (chmb) (Entered: 03/13/2024) |
| 03/13/2024 | 30 | ELECTRONIC ORDER granting 14 Application for Admission Pro Hac Vice of Michael Murray. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 3/13/2024) (chmb) (Entered: 03/13/2024) |
| 03/13/2024 | 31 | ORDER: Before the Court is Bank Policy Institute's Motion to File Amicus Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 21 ).The motion should be, and is hereby, GRANTED. Accordingly, the Clerk is DIRECTED to file Bank Policy Institute's Brief of Amicus Curiae (ECF No. 21 –2) as a separate docket entry as of the date of the Motion. (Ordered by Judge Reed C. O'Connor on 3/13/2024) (saw) (Entered: 03/13/2024) |
| 03/13/2024 | 32 | Brief Amicus Curiae of Bank Policy Institute In Support Of Plaintiffs' 13 Motion For Preliminary Injunction filed by Bank Policy Institute re 3 Motion for Injunction *(Preliminary Injunction)* (saw) (Entered: 03/13/2024) |
| 03/13/2024 | 33 | ORDER: Before the Court is Defendants' Unopposed Motion for Waiver of the Local Counsel Requirement (ECF No. 19 ). The Court GRANTS Defendants' motion and ORDERS that Defendants may proceed without local counsel. The Court further ORDERS Ms. Garlock and Mr. Sandberg to fulfill all local counsel requirements and abide by the Local Rules of this Court. (Ordered by Judge Reed C. O'Connor on 3/13/2024) (saw) (Entered: 03/13/2024) |
| 03/13/2024 | 34 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC–14462886) filed by Bank Policy Institute (Scalia, Eugene) (Entered: 03/13/2024) |
| 03/13/2024 | 35 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC–14462924) filed by Bank Policy Institute (Spencer, Jacob) (Entered: 03/13/2024) |
| 03/14/2024 | 36 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Rohit Chopra, Consumer Financial Protection Bureau. (Clerk QC note: Affiliate entry indicated). (Garlock, Stephanie) (Entered: 03/14/2024) |
| 03/14/2024 | 37 | ELECTRONIC ORDER granting 34 Application for Admission Pro Hac Vice of Eugene Scalia. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 3/14/2024) (chmb) (Entered: 03/14/2024) |
| 03/14/2024 | 38 | ELECTRONIC ORDER granting 35 Application for Admission Pro Hac Vice of Jacob T. Spencer. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 3/14/2024) (chmb) Modified document relationship on |

| | | |
|---|---|---|
| | | 3/14/2024 (bdb). (Entered: 03/14/2024) |
| 03/14/2024 | 39 | Court Request for Recusal: Judge Reed C. O'Connor recused. Pursuant to instruction in Special Order 3–249, the Clerk has reassigned the case to Judge Mark Pittman for all further proceedings. Future filings should indicate the case number as: 4:24–cv–00213–P. (bcr) (Entered: 03/14/2024) |
| 03/14/2024 | 40 | New Case Notes: A filing fee has been paid. File to: Judge Pittman. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (bcr) (Entered: 03/14/2024) |
| 03/14/2024 | 41 | REPLY filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business re: 3 MOTION for Injunction *(Preliminary Injunction)* (Carson, Timothy) (Entered: 03/14/2024) |
| 03/14/2024 | 42 | Unopposed MOTION for Leave to File a Supplemental Appendix *in Support of Motion for Preliminary Injunction* filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business (Attachments: # 1 Exhibit(s) Proposed Supplemental Appendix) (Carson, Timothy) (Entered: 03/14/2024) |
| 03/15/2024 | 43 | ORDER: Before the Court is Plaintiffs' Unopposed Motion for Leave to File Supplemental Appendix in Support of their Motion for Preliminary Injunction. ECF No. 42 . The Court hereby GRANTS the motion. The Clerk is INSTRUCTED to docket the attachment to the Motion (ECF No. 42 –1) as Plaintiffs' Supplemental Appendix in Support of their Motion for Preliminary Injunction. (Ordered by Judge Mark Pittman on 3/15/2024) (saw) (Entered: 03/15/2024) |
| 03/15/2024 | 44 | Plaintiffs' Supplemental Appendix in Support of their 3 Motion for Preliminary Injunction filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business re 3 MOTION for Injunction *(Preliminary Injunction)* (saw) (Entered: 03/15/2024) |
| 03/18/2024 | 45 | ORDER: The Court finds it necessary to ORDER expedited briefing regarding venue. (Ordered by Judge Mark Pittman on 3/18/2024)(See order for specifics.) (saw) (Entered: 03/18/2024) |
| 03/19/2024 | 46 | NOTICE of *Intention to File Motion to Transfer* re: 45 Order Setting Deadline/Hearing filed by Rohit Chopra, Consumer Financial Protection Bureau (Garlock, Stephanie) (Entered: 03/19/2024) |
| 03/19/2024 | 47 | MOTION to Expedite *Consideration of Preliminary−Injunction Motion* filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business Attorney Philip A Vickers added to party American Bankers Association(pty:pla) (Vickers, Philip) (Entered: 03/19/2024) |
| 03/19/2024 | 48 | Brief/Memorandum in Support filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business re 47 MOTION to Expedite *Consideration of Preliminary−Injunction Motion* (Vickers, Philip) (Entered: 03/19/2024) |
| 03/19/2024 | 49 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Clerk Note: Filer states no fee is to be collected due to prior payment or waiver by MO 16 or prior order.) filed by Rohit Chopra, Consumer Financial Protection Bureau (Attachments: # 1 Proposed Order)Attorney Justin Michael Sandberg added to party Rohit Chopra(pty:dft), Attorney Justin Michael Sandberg added to party Consumer Financial Protection Bureau(pty:dft) (Sandberg, Justin) (Entered: |

| | | |
|---|---|---|
| | | 03/19/2024) |
| 03/20/2024 | 50 | ELECTRONIC ORDER granting 49 Application for Admission Pro Hac Vice of Justin Michael Sandberg. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Mark Pittman on 3/20/2024) (jaf) (Entered: 03/20/2024) |
| 03/20/2024 | 51 | ORDER: Before the Court is Plaintiffs' Motion for Expedited Consideration of Plaintiffs' Preliminary Injunction Motion. ECF No. 47 . The Court determines that the Motion should be and hereby is DENIED. (Ordered by Judge Mark Pittman on 3/20/2024) (saw) (Entered: 03/20/2024) |
| 03/21/2024 | 52 | MOTION to Transfer Case out of District/Division filed by Rohit Chopra, Consumer Financial Protection Bureau (Garlock, Stephanie) (Entered: 03/21/2024) |
| 03/21/2024 | 53 | Brief/Memorandum in Support filed by Rohit Chopra, Consumer Financial Protection Bureau re 52 MOTION to Transfer Case out of District/Division (Garlock, Stephanie) (Entered: 03/21/2024) |
| 03/21/2024 | 54 | Appendix in Support filed by Rohit Chopra, Consumer Financial Protection Bureau re 52 MOTION to Transfer Case out of District/Division (Garlock, Stephanie) (Entered: 03/21/2024) |
| 03/25/2024 | 55 | RESPONSE filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business re: 52 MOTION to Transfer Case out of District/Division (Carson, Timothy) (Entered: 03/25/2024) |
| 03/25/2024 | 56 | Appendix in Support filed by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business re 55 Response/Objection, (Carson, Timothy) (Entered: 03/25/2024) |
| 03/25/2024 | 57 | NOTICE OF INTERLOCUTORY APPEAL to the Fifth Circuit by American Bankers Association, Chamber of Commerce of the United States of America, Consumer Bankers Association, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, Texas Association of Business. Filing fee $605, receipt number ATXNDC−14487468. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non−ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Carson, Timothy) (Entered: 03/25/2024) |
| 03/25/2024 | 58 | USCA Case Number 24−10248 in United States Court of Appeals 5th Circuit for 57 Notice of Appeal, filed by Longview Chamber of Commerce, Texas Association of Business, Chamber of Commerce of the United States of America, Fort Worth Chamber of Commerce, Consumer Bankers Association, American Bankers Association. (tle) (Entered: 03/25/2024) |
| 03/25/2024 |  | Record on Appeal for USCA5 24−10248 (related to 57 appeal): Record consisting of: 1 ECF electronic record on appeal (eROA) is certified,.<br>**PLEASE NOTE THE FOLLOWING:** Licensed attorneys must have filed an appearance in the USCA5 case and be registered for electronic filing in the USCA5 to access the paginated eROA in the USCA5 ECF system. (Take these steps immediately if you have not already done so. Once you have filed the notice of appearance and/or USCA5 ECF registration, it may take up to 3 business days for the circuit to notify the district clerk that we may grant you access to the eROA in the USCA5 ECF system.) To access the paginated record, log in to the USCA5 ECF system, and under the Utilities menu, select Electronic Record on Appeal. Pro se litigants may request a copy of the |

| | | |
|---|---|---|
| | | record by contacting the appeals deputy in advance to arrange delivery. (tle) (Entered: 03/25/2024) |
| 03/25/2024 | Ï | APPEARANCE FORM FILED at USCA5 by Attorney(s) Jennifer B. Dickey for party(s) Appellant Chamber of Commerce for the United States of America, in case 24−10248. Access to the EROA has been granted. (tle) (Entered: 03/25/2024) |
| 03/25/2024 | 59 | Unopposed MOTION for Leave to File Reply Brief In Support of Motion to Transfer filed by Rohit Chopra, Consumer Financial Protection Bureau with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order, # 2 Exhibit(s)) (Sandberg, Justin) (Entered: 03/25/2024) |
| 03/26/2024 | 60 | ORDER: Before the Court is Defendants' unopposed Motion for Leave to File Reply (ECF No. 59). The Court GRANTS the Motion. The Clerk is INSTRUCTED to docket ECF No. 59 −2 as Defendants' Reply to Defendants' Motion to Transfer (ECF No. 52). (Ordered by Judge Mark Pittman on 3/26/2024) (saw) (Entered: 03/26/2024) |
| 03/26/2024 | 61 | REPLY filed by Rohit Chopra, Consumer Financial Protection Bureau re: 52 Motion to Transfer Case out of District/Division (saw) (Entered: 03/26/2024) |
| 03/26/2024 | 62 | ORDER: Counsel must prepare and submit a Report Regarding Contents of Scheduling Order ("Joint Report") by April 2, 2024. (Ordered by Judge Mark Pittman on 3/26/2024) (saw) (Entered: 03/26/2024) |
| 03/26/2024 | 63 | ORDER: Before the Court is Plaintiffs' Motion for a Preliminary Injunction. ECF No. 3. The Court hereby ORDERS that a hearing on Plaintiffs' Motion will be held at 9:00 a.m. on Tuesday, April 2, 2024, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas. (Ordered by Judge Mark Pittman on 3/26/2024) (saw) (Entered: 03/26/2024) |
| 03/26/2024 | 64 | ***STRICKEN AND UNFILED PER 65 ORDER*** ORDER: The Court hereby REFERS this case for mediation and APPOINTS the Honorable David L. Evans as Mediator. The Parties shall mediate with Judge Evans on April 19, 2024, at the offices of Judge Evans. Alternative Dispute Resolution Summary form provided electronically or by US Mail as appropriate. (Ordered by Judge Mark Pittman on 3/26/2024) (saw) Modified on 3/26/2024 (saw). (Entered: 03/26/2024) |
| 03/26/2024 | 65 | ELECTRONIC ORDER: Having noticed a location conflict in its Order setting Mediation (ECF No. 64), the Court hereby INSTRUCTS the Clerk to STRIKE and UNFILE the Order setting Mediation (ECF No. 64). (Ordered by Judge Mark Pittman on 3/26/2024) (jaf) (Entered: 03/26/2024) |
| 03/26/2024 | 66 | ORDER: The Court hereby REFERS this case for mediation and APPOINTS the Honorable David L. Evans as Mediator. The Parties shall mediate, in−person, with Judge Evans on April 19, 2024, at the offices of Cantey Hanger LLP in Fort Worth. Alternative Dispute Resolution Summary form provided electronically or by US Mail as appropriate. (Ordered by Judge Mark Pittman on 3/26/2024) (saw) (Entered: 03/26/2024) |
| 03/26/2024 | Ï | APPEARANCE FORM FILED at USCA5 by Attorney Michael F. Murray for Appellant Chamber of Commerce for the United States of America in 24−10248, Attorney Michael F. Murray for Appellant Texas Association of Business in 24−10248, Attorney Michael F. Murray for Appellant Consumer Bankers Association in 24−10248, Attorney Michael F. Murray for Appellant American Bankers Association in 24−10248, Attorney Michael F. Murray for Appellant Longview Chamber of Commerce in 24−10248, Attorney Michael F. Murray for Appellant Fort Worth Chamber of Commerce in 24−10248. Access to the EROA has been granted. (tle) (Entered: 03/26/2024) |
| 03/26/2024 | Ï | APPEARANCE FORM FILED at USCA5 by Attorney(s) Justin Michael Sandberg for party(s) Appellee CFPB Appellee Rohit Chopra, in case 24−10248. Access to the EROA has been granted. (tle) (Entered: 03/26/2024) |

| | | |
|---|---|---|
| 03/26/2024 | ï | APPEARANCE FORM FILED at USCA5 by Attorney Timothy Derek Carson for Appellant Chamber of Commerce for the United States of America in 24–10248, by Attorney(s) Timothy Derek Carson for party(s) Appellant Texas Association of Business Appellant American Bankers Association Appellant Consumer Bankers Association Appellant Fort Worth Chamber of Commerce Appellant Longview Chamber of Commerce, in case 24–10248.Access to the EROA has been granted. (tle) (Entered: 03/26/2024) |
| 03/28/2024 | ï | APPEARANCE FORM FILED at USCA5 by Attorney Stephanie Garlock for Appellee Rohit Chopra in 24–10248, Attorney Stephanie Garlock for Appellee CFPB in 24–10248. Access to the EROA. (tle) (Entered: 03/28/2024) |
| 03/28/2024 | ï 67 | OPINION & ORDER: Before the Court is Defendants' Motion to Transfer. ECF No. 52 . The Court finds the Motion should be and hereby is GRANTED. Accordingly, the Court TRANSFERS this case to the United States District Court for the District of Columbia ("D.D.C"). (Ordered by Judge Mark Pittman on 3/28/2024) (saw) (Entered: 03/28/2024) |